FILED

UNITED STATES COURT OF APPEALS

JUN 15 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES ex rel. MARK MCGRATH, Plaintiff-Appellant, v. MICROSEMI CORPORATION; WHITE ELECTRONIC DESIGNS CORPORATION, DBA Microsemi Power and Electronics Group, Defendants-Appellees. | Nos. 15-17206, 15-17478 D.C. No. 2:13-cv-00864-DJH District of Arizona, Phoenix ORDER |
|---|---|

Before: D.W. NELSON and IKUTA, Circuit Judges, and BURGESS,[*] Chief District Judge.

The panel has unanimously voted to deny appellant's petition for panel rehearing. Judge Ikuta voted to deny the petition for rehearing en banc and Judge Nelson and Judge Burgess so recommended. The petition for rehearing en banc was circulated to the judges of the court, and no judge requested a vote for en banc consideration.

---

[*] The Honorable Timothy M. Burgess, Chief United States District Judge for the District of Alaska, sitting by designation.

The petition for rehearing and the petition for rehearing en banc are DENIED.